**McELROY COAL COMPANY,
Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Donn L. Wnek, Respondents.**

**No. 14–1251.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2015.

Decided: Nov. 5, 2015.

Jeffrey R. Soukup, Jackson Kelly PLLC, Lexington, KY, for Petitioner. M. Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate Solicitor, Gary K. Stearman, Ann Marie Scarpino, United States Department of Labor, Washington, D.C.; Heath M. Long, Pawlowski, Bilonick & Long, Ebensburg, PA, for Respondents.

Before GREGORY and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

McElroy Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a claim filed by Donn L. Wnek pursuant to 30 U.S.C. §§ 901–945 (2012). Upon our review of the record, we conclude that the Board's decision is supported by substantial evidence and is without reversible error. *See McElroy Coal Co. v. Dir., Office of Workers' Comp. Programs,* No. 13–0224 BLA (B.R.B. Jan. 14, 2014). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*PETITION DENIED.*